WILLIAM AUGUSTINE, as Administrator of the Estate of BERNARD AUGUSTINE, Deceased, Respondent, *v.* FRANK MARCHEWKA, Appellant.

*Negligence — motor vehicle — boy struck and killed by automobile while crossing street.*

*Augustine* v. *Marchewka*, 202 App. Div. 765, affirmed.

(Argued December 6, 1922; decided January 9, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 5, 1922, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. The intestate, a boy thirteen years of age, while crossing Third avenue in the city of Schenectady, was struck and killed by defendant's automobile. The complaint alleged that defendant was driving without keeping a proper lookout and without proper headlights, at an excessive rate of speed on the wrong side of the highway, and failed to give warning of his approach.

*P. C. Dugan* for appellant.

*W. A. Fullerton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

DOROTHY BRENNER, an Infant, by BENJAMIN BRENNER, Her Guardian ad Litem, Respondent, *v.* THE AGUILAR CORPORATION, Appellant.

*Negligence — elevators — action to recover for personal injuries sustained by fall of elevator.*

*Brenner* v. *Aguilar Corporation*, 200 App. Div. 895, affirmed.

(Submitted December 6, 1922; decided January 9, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 15, 1922, modifying and affirming as modified a judgment in favor of plaintiff entered upon